To: Betsy kulka <akitagirl3@gmail.com>
Reply | Reply to all | Forward | Print | Delete | Show original

*E-MAIL FROM KATHY KINARD CONFIRMING I HAD $300,000 DOG LIABILITY*

Good morning;

I was able to find an alternative quote for your umbrella policy which I have attached for your review. The $1 million policy premium is $198, and is you want additional underinsured/uninsured motorist coverage, the total would be $356. If you would like to move forward please review and complete the application, make sure the information that has been prefilled is correct, and sign and date page 4 of the application. I did a quick review of your homeowners policy to confirm coverage for events that could occur with your dogs. You do have $300,000 in dog liability, and then the umbrella policy will cover damages above that amount.

Please let me know if you have any questions or concerns.

Sincerely,

Kathy Kinard

Agency Team Leader

Belmont Insurance Services

1 Westbury Park Way Ste 101

Bluffton, SC 29910

843.757.3838  phone

843.757.3837  fax

kkinard@belmontins.com


EXHIBIT A

- Show quoted text -

📎 IR_RLI_Q110001.pdf
   616K View as HTML Scan and download

Reply | Reply to all | Forward | Print | Delete | Show original

Betsy kulka <akitagirl3@gmail.com>                                  Thu, Feb 20, 2020 at 11:08 AM
To: Kathy Kinard <kkinard@belmontinsuranceservices.com>

Reply | Reply to all | Forward | Print | Delete | Show original

I will probably take the policy without the uninsured motorist coverage. Since my current policy doesn't expire until April, I will get this application filled out after next week. I am getting ready for company and will be pre-occupied for the next week or so. I will get the application to you after they leave. Thanks for finding this for me. Appreciate your help. ☐