## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | | |
|---|---|---|
| **FedNat Insurance Company,** | ) | **Case No.:** 9:21-cv-1602-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Jenifer Gajdalo and Elizabeth Kulka,** | ) | |
| | ) | |
| Defendants. | ) | |
| ─────────────────────────── | ) | **FEDNAT INSURANCE COMPANY'S** |
| | ) | **EXPERT DISCLOSURE** |
| **Elizabeth Kulka,** | ) | **CERTIFICATION** |
| | ) | |
| Third-Party Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Belmont Insurance Services, LLC, and Kathy Kinard,** | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

Plaintiff FedNat Insurance Company hereby identifies the following expert witness as persons the Plaintiff expects to call as an expert at trial. Plaintiff further certifies that written reports prepared and signed by the identified experts and including all information required by Fed. R. Civ. P. 26(a)(2)(B) have been disclosed to the Plaintiff.

1. **Paul E. Howard, BS, DVM, MS**
   **232 Appletree Point Road**
   **Burlington, VT 05408**
   **802-893-8333**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Brandon R. Gottschall
Mark S. Barrow Fed. I.D. No. 1220
Brandon R. Gottschall Fed. I.D. No. 12201
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE PLAINTIFF**

Columbia, South Carolina

February 10, 2022